# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN EDWARD DREW,<br>a/k/a "Jon Drew,"<br>and<br>BRANDON HESTAND DOW,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:20-MJ-307<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2019 - August 2020__ in the city/county of __Fairfax and Loudoun__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344;<br>18 U.S.C. § 1349; AND<br>18 U.S.C. § 1028A | Knowingly conspired to execute a scheme and artifice to defraud a financial institution, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of fraudulent pretenses, representations, or promises; AND knowingly transferred, possessed, or used, without lawful authority, a means of identification of another person. |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

__SAUSA Roberta Roberts/AUSA Marc Birnbaum__
*Printed name and title*

*Complainant's signature*

__Joseph E. Nestro, U.S. Postal Inspector__
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Digitally signed by Theresa Carroll Buchanan
Date: 2020.11.05 11:32:55 -05'00'

Date: __11/05/2020__

*Judge's signature*

City and state: __Alexandria, Virginia__

__Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge__
*Printed name and title*